1 **LAW OFFICE OF STEWART KATZ**
2 STEWART KATZ, State Bar #127425
GUY DANILOWITZ State Bar #257733
3 555 University Avenue, Suite 270
Sacramento, California 95825
4 Telephone: (916) 444-5678
5 Attorneys for Plaintiff
JOHN HESSELBEIN
6
7 **FERGUSON, PRAET & SHERMAN**
BRUCE D. PRAET, State Bar #119430
8 1631 East 18th Street
Santa Ana, California  92705
9 Telephone: (714) 953-5300
10 Attorneys for Defendants
CITY OF ELK GROVE, ROBERT LEHNER,
11 MICHAEL IANNONE, and PAUL BECKHAM
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HESSELBEIN, | NO. 2:11-CV-02157-MCE-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| CITY OF ELK GROVE; Elk Grove Police Chief ROBERT LEHNER; Elk Grove Police Department Sergeant MICHAEL IANNONE (Badge #14); Elk Grove Police Department Officer PAUL BECKHAM (Badge #116); DOES I through XX, inclusive, | |
| Defendants. | |
| _____/ | |

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following

STIPULATION AND ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                                                                                            1

modifications and/or amendments to this Court's Pretrial Scheduling Order of January 19, 2012, regarding the scheduling of this case:

- That the non-expert discovery cut-off date currently set for October 19, 2012, be moved to January 22, 2013.
- That the expert witness disclosure cut-off date currently set for December 19, 2012 be moved to March 19, 2013.
- That the Dispositive Motion cut-off date currently set for April 18, 2013 be moved to July 18, 2013.
- That the Joint Pretrial Statement currently due June 6, 2013 be due to September 6, 2013.
- That the Final Pretrial Conference currently set for June 27, 2013 at 2:00pm be moved to September 26, 2013.
- That the deadline to file any trial briefs, currently set for June 13, 2013, be moved to September 13, 2013.
- That the deadline to file any evidentiary or procedural motions, currently set for June 6, 2013, be moved to September 6, 2013.
- That the deadline to file an opposition to any evidentiary or procedural motion, currently set for June 13, 2013, be moved to September 13, 2013.
- That the deadline to file any reply in support of an evidentiary or procedural motion, currently set for June 20, 2013, be moved to September 20, 2013.
- That the Trial currently set for August 19, 2013 at 9:00am, be moved to December 2, 2013.

This calendaring modification is requested to allow the parties to complete discovery and work towards resolving this matter without any further intervention from the Court.

Dated:  August 20, 2012                         LAW OFFICE OF STEWART KATZ

                                                /s/ Stewart Katz_____
                                                STEWART KATZ,
                                                Attorney for Plaintiff

STIPULATION AND ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                                                         2

Dated: August 20, 2012                    FERGUSON, PRAET & SHERMAN

                                                         /s/ Bruce Praet
                                                         BRUCE D. PRAET,
                                                         Attorney for Defendants

### ORDER

The parties' request to modify the Pretrial Scheduling Order ("PTSO") is hereby GRANTED. An amended PTSO will issue hereafter re-setting all appropriate dates.

Dated: August 31, 2012

                                                         MORRISON C. ENGLAND, JR
                                                         UNITED STATES DISTRICT JUDGE