1

2

3

4

5

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff
JOHN HESSELBEIN

6

7

8

9

10

11

**FERGUSON, PRAET & SHERMAN**
BRUCE D. PRAET, State Bar #119430
1631 East 18th Street
Santa Ana, California  92705
Telephone: (714) 953-5300

Attorneys for Defendants
CITY OF ELK GROVE, ROBERT LEHNER,
MICHAEL IANNONE, and PAUL BECKHAM

12

13

14

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

15

16

17

18

19

20

21

22

23

24

JOHN HESSELBEIN,

          Plaintiff,

          vs.

CITY OF ELK GROVE; Elk Grove Police
Chief ROBERT LEHNER; Elk Grove Police
Department Sergeant MICHAEL IANNONE
(Badge #14); Elk Grove Police Department
Officer PAUL BECKHAM (Badge #116);
DOES I through XX, inclusive,

          Defendants.
_____/

**NO. 2:11-CV-02157-MCE-DAD**

**STIPULATION AND
ORDER MODIFYING AMENDED
PRETRIAL SCHEDULING ORDER**

25

26

27

28

     COME NOW THE PARTIES by and through their respective parties and subject to

the approval of this Court, hereby stipulate and respectfully request the following

modification and/or amendment to this Court's Amended Pretrial Scheduling Order of

October 2, 2012 (Docket #16) regarding the scheduling of this case:

1    •    That the expert witness disclosure cut-off date currently set for July 17, 2013 be

2    moved to August 16, 2013.

3         This calendaring modification is requested because the expert Plaintiff was planning

4    on using was found to have some unexpected and unfortunately severe medical issues.

5         The parties do not expect to change any of the other dates currently scheduled in this

6    case.

7

8    Dated:  July 10, 2013                 LAW OFFICE OF STEWART KATZ

9                                /s/ Stewart Katz_____

10                               STEWART KATZ,
                                 Attorney for Plaintiff

11

12   Dated: July 10, 2013                 FERGUSON, PRAET & SHERMAN

13                               /s/ Bruce D. Praet_____

14                               BRUCE D. PRAET,
                                 Attorney for Defendants

15

16        **IT IS SO ORDERED.**

17   **Dated:  July 23, 2013**

18

19                                 _____

20                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                    UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28