UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN HESSELBEIN,   No. 2:11-cv-02157-MCE-DAD

    Plaintiff,

  v.   ORDER CONTINUING TRIAL

CITY OF ELK GROVE, ET AL.,

    Defendants.

_____/

YOU ARE HEREBY NOTIFIED the March 17, 2014 jury trial is vacated and continued to **May 12, 2014,** at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 9, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the January 23, 2014 Final Pretrial Conference is vacated and continued to **March 20, 2014,** at **2:00 p.m.** in Courtroom 7. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

///

1

1 | The parties are directed to comply with the due dates set
2 | forth in the Court's Amended Pretrial Scheduling Order (ECF No.
3 | 16) regarding the filing of evidentiary or procedural motions,
4 | oppositions, and replies, if any.  The motions will be heard by
5 | the Court at the same time as the Final Pretrial Conference.
6 |     IT IS SO ORDERED.

Dated: January 6, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE