UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HESSELBEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ELK GROVE, ET AL.,<br><br>    Defendants. | No.  2:11-cv-02157-MCE-DAD<br><br>**ORDER CONTINUING TRIAL** |

    YOU ARE HEREBY NOTIFIED the jury trial is vacated and continued to **September 8, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **June 26, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the March 20, 2014 Final Pretrial Conference is vacated and continued to **July 10, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **June 19, 2014** and shall comply with the procedures outlined in the Court's Click here to enter text. Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

///

///

1

     Any evidentiary or procedural motions are to be filed by **June 19, 2014**. Oppositions must be filed by **June 26, 2014** and any reply must be filed by **July 3, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

     IT IS SO ORDERED.

DATED:  February 5, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT