UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HESSELBEIN, | No. 2:11-cv-02157-MCE-DAD |
|     Plaintiff, | |
|   v. | ORDER CONTINUING TRIAL |
| CITY OF ELK GROVE, ET AL., | |
|     Defendants. | |

YOU ARE HEREBY NOTIFIED the September 8, 2014 jury trial is vacated and continued to **March 30, 2015**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 22, 2015.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 14, 2014 Final Pretrial Conference is vacated and continued to **February 5, 2015,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 15, 2015** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 15, 2015.** Oppositions must be filed by **January 22, 2015** and any reply must be filed by **January 29, 2015.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE