**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Melanie T. Partow, SBN 254843
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
mpartow@galipolaw,com
(818) 347-3333- Telephone
(818) 347-4118- Facsimile

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Stewartkatzlaw@gmail.com

*Attorneys for Plaintiff*
*John Hesselbein*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HESSELBEIN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Chief ROBERT LEHNER; Elk Grove Police Department Sergeant MICHAEL IANNONE (Badge #14); Elk Grove Police Department Officer PAUL BECKHAM (Badge #116); DOES I through XX, inclusive,<br><br>Defendants.<br>_____ | **NO. 2:11-CV-02157-WBS-DAD**<br><br>[*Honorable William B. Shubb*]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR CO-COUNSEL TO APPEAR BY TELEPHONE**<br><br>Plaintiff's Request for Co-Counsel to Appear by Telephone *filed concurrently herewith*<br><br>Final Pretrial Conf.<br>Date:  September 14, 2015<br>Time:  2:00 p.m.<br>Ctrm:  5<br><br>Trial:<br>Date:  November 10, 2015<br>Time: 10:00 a.m. |

0

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR CO-COUNSEL TO APPEAR BY TELEPHONE

# ORDER

Having reviewed Plaintiff's Request for Co-Counsel to Appear by Telephone, and GOOD CAUSE appearing therefore, Plaintiff's request is hereby GRANTED.

Given that Mr. Stewart Katz will be appearing at the Pretrial Conference for Plaintiff in person, co-counsel Mr. Dale K. Galipo may appear by telephone on September 14, 2015 at 2:00 p.m.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**.

Dated:  September 11, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE