Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HESSELBEIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Chief ROBERT LEHNER; Elk Grove Police Department Sergeant MICHAEL IANNONE (Badge #14); Elk Grove Police Department Officer PAUL BECKHAM (Badge #116); DOES 1 through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-cv-02157-WBS-DAD<br><br>**JUDGMENT** |

　　　This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

///

///

1

1   IT IS HEREBY ORDERED AND ADJUDGED that Judgment is hereby

2   entered in favor of Defendant Paul Beckham and against Plaintiff John Hesselbein.

3   Dated:  November 24, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE