Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendant Beckham

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN HESSELBEIN, | 2:11-cv-02157-WBS-DAD |
|---|---|
| Plaintiff, | ORDER DENYING REQUEST TO APPEAR BY TELEPHONE |
| vs. | |
| Elk Grove Police Department Officer PAUL BECKHAM (Badge #116), | |
| Defendant. | |

The court desires to hear oral argument on plaintiff's Motion for New Trial, and prefers to have counsel appear in person at the hearing, rather than by

1

telephone. Defense counsel's motion to appear by telephone is therefore DENIED. Because defense counsel represents that he has a conflict on the date the motion is presently set for hearing, the hearing will be continued to a date when counsel for both sides can appear. Counsel shall accordingly contact the courtroom deputy clerk to arrange to have the matter reset for hearing on a mutually available date.

IT IS SO ORDERED.

Dated: January 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE