**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**LAW OFFICE OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Melanie Partow, SBN 254843
21800 Burbank Blvd., #310
Woodland Hills, CA 91367
TEL:  818.347.3333
FAX:  818.347.4118

Attorneys for Plaintiff
JOHN HESSELBEIN

**FERGUSON, PRAET & SHERMAN**
BRUCE D. PRAET, State Bar #119430
1631 East 18th Street
Santa Ana, California  92705
Telephone: (714) 953-5300

Attorneys for Defendants
CITY OF ELK GROVE, ROBERT LEHNER,
MICHAEL IANNONE, and PAUL BECKHAM

<br>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HESSELBEIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE; et al.,<br><br>　　　　Defendants.<br>_____/ | **NO. 2:11-CV-02157-WBS-AC**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE**<br><br>Date:  January 25, 2016<br>Time: 1:30 p.m.<br>Ctrm:  5<br>Judge: William B. Shubb |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE　　　　　　　　1

1       COME NOW THE PARTIES by and through their respective parties and subject to
2 the approval of this Court, hereby stipulate and respectfully request that the Court continue
3 the hearing on Plaintiff's Motion for a New Trial from January 25, 2016 to March 7, 2016,
4 at 1:30pm.
5       This continuance is requested because the current date of January 25, 2016 conflicts
6 with defense counsel's schedule. March 7, 2016 is the first date that works for the Court,
7 plaintiff's counsel and defense counsel.

9 Dated: January 20, 2016                LAW OFFICE OF STEWART KATZ

                                         /s/ Stewart Katz
                                         STEWART KATZ,
                                         Attorneys for Plaintiff

14 Dated: January 20, 2016               FERGUSON, PRAET & SHERMAN

                                         /s/ Bruce D. Praet
                                         BRUCE D. PRAET
                                         Attorney for Defendants

**IT IS SO ORDERED.**

**Dated:  January 21, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE