Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HESSELBEIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Chief ROBERT LEHNER; Elk Grove Police Department Sergeant MICHAEL IANNONE (Badge #14); Elk Grove Police Department Officer PAUL BECKHAM (Badge #116); DOES 1 through XX, inclusive,<br><br>            Defendants. | Case No.  2:11-cv-02157-WBS-DAD<br><br>**ORDER re DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE**<br><br>DATE: March 28, 2016<br>TIME:  1:30 p.m.<br>CTRM: 5 |

GOOD CAUSE APPEARING,

Defendant's request to appear telephonically at the March 28, 2016, Scheduling Conference, is granted.  Defense counsel can be contacted at 714-335-7700, for purposes of this call.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  March 16, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE