1 **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
2 555 University Avenue, Suite 270
Sacramento, California 95825
3 Telephone: (916) 444-5678
4

5 **LAW OFFICE OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
6 Melanie T. Partow, SBN 254843
21800 Burbank Blvd., #310
7 Woodland Hills, CA 91367
TEL: 818.347.3333
8 FAX: 818.347.4118

9 Attorneys for Plaintiff
JOHN HESSELBEIN
10

11 **FERGUSON, PRAET & SHERMAN**
BRUCE D. PRAET, State Bar #119430
12 1631 East 18th Street
Santa Ana, California  92705
13 Telephone: (714) 953-5300

14 Attorneys for Defendants
CITY OF ELK GROVE and PAUL BECKHAM
15

16 **UNITED STATES DISTRICT COURT**

17 **EASTERN DISTRICT OF CALIFORNIA**

18

19  JOHN HESSELBEIN,                                 NO.  2:11-cv-02157-WBS-AC

20              Plaintiff,                          **STIPULATION FOR DISMISSAL; ORDER**

21       vs.

22  CITY OF ELK GROVE et al.,

23
             Defendants.
24  _____/

25

26 ///

27 ///

28 ///

Stipulation for Dismissal; [Proposed] Order                                              1

1   IT IS HEREBY STIPULATED and agreed by and between Plaintiff JOHN
2 HESSELBEIN and Defendants CITY OF ELK GROVE and PAUL BECKHAM, by and
3 through their undersigned counsel, that any and all claims against Defendants CITY OF
4 ELK GROVE and PAUL BECKHAM be dismissed with prejudice pursuant to Rule
5 41(a)(2) of the Federal Rules of Civil Procedure.
6   Each party is to bear its/their own fees and costs, including all attorneys' fees.

8  Dated: June 22, 2016                LAW OFFICE OF STEWART KATZ

9                                      /s/ Stewart Katz
10                                     STEWART KATZ,
                                       Attorneys for Plaintiff

12 Dated: June 22, 2016                LAW OFFICE OF DALE K. GALIPO

14                                     /s/ Dale K. Galipo
                                       DALE K. GALIPO
15                                     Attorneys for Plaintiff

17 Dated: June 22, 2016                FERGUSON, PRAET & SHERMAN

18                                     /s/ Bruce D. Praet
                                       BRUCE D. PRAET
19                                     Attorneys for Defendants

## ORDER DISMISSING ACTION

   **IT IS SO ORDERED.**  This action against Defendants CITY OF ELK GROVE
and PAUL BECKHAM is dismissed with prejudice.  All parties to bear its/their own
attorneys' fees and costs.

Dated:  June 23, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE